Dismissed and Memorandum Opinion filed September 9, 2010.

 

 

In The

                                                                                                         

Fourteenth Court of
Appeals

____________

 

NO. 14-10-00617-CV

____________

 

SHARON WARNEICE LITTLEFIELD BARRIERE, Appellant

 

V.

 

AMERICAN SERVICE MORTGAGE COMPANY, Appellee

 



 

On Appeal from the 56th District Court

Galveston County, Texas

Trial Court Cause No. 09CV1920

 



 

MEMORANDUM 
OPINION

This is an attempted appeal from an order signed June 21, 2010. 
The clerk’s record was filed on August 13, 2010.  

Generally, appeals may be taken only from final judgments.  Lehmann
v. Har‑Con Corp., 39 S.W.3d 191, 195 (Tex. 2001).  Interlocutory
orders may be appealed only if permitted by statute.  Bally Total Fitness
Corp. v. Jackson, 53 S.W.3d 352, 352 (Tex. 2001); Jack B. Anglin Co.,
Inc. v. Tipps, 842 S.W.2d 266, 272 (Tex. 1992) (orig. proceeding).  The
order appellant attempts to appeal is a “Home Equity Foreclosure Order,” which
under Rule 736(8)(A) of the Texas Rules of Civil Procedure is not an appealable
order.

            On August 26, 2010, notification was transmitted to the
parties of this court’s intention to dismiss the appeal for want of
jurisdiction unless appellant filed a response, on or before September 8, 2010,
demonstrating grounds for continuing the appeal.  See Tex. R. App. P. 42.3(a).

            Appellant’s response fails to demonstrate that this court has
jurisdiction over the appeal.

Accordingly, the appeal is ordered dismissed.

 

PER CURIAM

 

 

Panel consists of Justices
Anderson, Frost, and Brown.